131 A.3d 958

IN THE MATTER OF THOMAS E. DOWNS, IV, AN ATTORNEY
AT LAW (ATTORNEY NO. 016491975).

March 9, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–117, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **THOMAS E. DOWNS, IV,** of **SOUTH AMBOY,** who was admitted to the bar of this State in 1975, should be censured for violating *RPC* 1.4(b) (failure to keep client reasonably informed), *RPC* 1.5(b) (failure to provide in writing rate or basis of attorney's fee), *RPC* 1.16(d) (failure to return unearned retainer), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **THOMAS E. DOWNS, IV,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.